William N. Hannah, SBN 293121
HORNBURG, GAEBE & HANNAH, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendants MILL CREEK MANAGEMENT
AND REAL ESTATE SALES, INC., and NASH ROCK
SOLID, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| ELIAS FLORES, ALICE FLORES, and CYNTHIA FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC., and NASH ROCK SOLID, LLC,<br><br>Defendants. | Case No. 1:24-cv-00073-NODJ-SKO<br><br>STIPULATION TO EXTEND DEFENDANTS'<br><br>TIME TO RESPOND TO COMPLAINT<br><br>**Complaint Filed 01/17/2024** |

Plaintiffs ELIAS FLORES, ALICE FLORES, and CYNTHIA FLORES (collectively "Plaintiffs") and Defendants MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC. ("Mill Creek") and NASH ROCK SOLID, LLC ("Nash") (collectively "Defendants") hereby stipulate and jointly request as follows:

WHEREAS, on January 17, 2024, Plaintiffs filed their Complaint against Defendants.

WHEREAS, Defendant, Nash was served with Summons and Complaint by substituted service on February 8, 2024; and

WHEREAS, Defendant Mill Creek was served with Summons and Complaint by substituted service on February 15, 2024;

WHEREAS, based on the Proofs of Service, Defendant Nash currently has a deadline to respond to the Complaint by March 11, 2024 and Mill Creek has a deadline to respond to the Complaint by March 18, 2024;

WHEREAS, Plaintiff has now agreed to extend the deadline to respond to the Complaint for Defendants until April 8, 2024.

WHEREAS, this stipulation is made in the interests of justice and not to delay the proceedings;

WHEREAS, the requested extension will not prejudice any party or impact any other dates already fixed by Court order and;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate, and joint propose to the Court for approval, that;

1. Defendants Mill Creek and Nash stipulate that each of them have been properly served, and the Parties agree that Defendants shall have until April 8, 2024 to file a response to the Complaint.

IT IS SO STIPULATED, AGREED AND REQUESTED.

Respectfully submitted,   LAW OFFICES OF STUART E. FAGAN
By: /s/ *Stuart E. Fagan (authorized on 3/8/24)*
STUART E. FAGAN, SBN 152732
sfagan@faganlaw.com
PO Box 365
Wheaton, IL 60187
Attorneys for Plaintiffs ELIAS FLORES, ALICE FLORES, and CYNTHIA FLORES

HORNBURG, GAEBE & HANNAH, INC.
By:/s/ *William N. Hannah*

William N. Hannah, SBN 293121
bhannah@hghlaw.pro
206 S. Mooney Blvd.
Visalia, CA 93291
Attorneys for Defendants MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC., and NASH ROCK SOLID, LLC

## **ORDER**

Based on the foregoing stipulation of the parties (Doc. 5), and for good cause shown, it is hereby ORDERED that the responsive pleading deadline for Defendants is EXTENDED up to and including April 8, 2024.

IT IS SO ORDERED.

Dated:   **March 11, 2024**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE