1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ALEXANDER J. HARWIN, SB# 225254
2    E-Mail: Alexander.Harwin@lewisbrisbois.com
   633 West 5th Street, Suite 4000
3  Los Angeles, California 90071
   Telephone: 213.250.1800
4  Facsimile: 213.250.7900

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHANE SINGH, SB# 202733
6    E-Mail: Shane.Singh@lewisbrisbois.com
   GENNA PROMNICK-PAVLOV, SB# 320894
7    E-Mail: Genna.Promnick@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
8  Sacramento, California 95833
   Telephone: 916.564.5400
9  Facsimile: 916.564.5444

10 Attorneys for Defendants,
   MILL CREEK MANAGEMENT AND REAL
11 ESTATE SALES, INC. and NASH ROCK
   SOLID, LLC

12

13              UNITED STATES DISTRICT COURT

14          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

15

| | |
|---|---|
| 16  ELIAS FLORES, ALICE FLORES, and CYNTHIA FLORES, | Case No. 1:24-cv-00073-KES-SKO |
| 17  Plaintiffs, | **ORDER RE STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271** |
| 18  vs. | |
| 19  MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC., and NASH ROCK SOLID, LLC, | |
| 20 | |
| 21  Defendants. | (Doc 28) |
| 22 | |

23      In light of the "Stipulation of the Parties to Elect Referral of Action to Voluntary Dispute

24 Resolution Program (VDRP) Pursuant to Local Rule 271" (Doc. 28), the parties are hereby referred

25 to the VDRP.

26      Pursuant to Local Rule 271(i)(2), the parties also stipulated to a modification of the

27 Scheduling Order (Doc. 14) to stay depositions and continue the discovery and motion deadlines.

28 (*Id.*)  The stipulation indicates that "[t]he parties do not wish for [the dates for the Pre-Trial

149162774.1                                   1

ORDER RE STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION
PROGRAM PURSUANT TO LOCAL RULE 271

Conference and Trial] to be rescheduled." (*Id.* at 2.) The parties are advised, however, that the Court requires at least 16 weeks between the hearing on dispositive motions and the pretrial conference; the stipulation, if granted, would only allow for 3 weeks (and 5 days).

Accordingly, the stipulation is GRANTED as to the parties' request to referral to VDRP and DENIED without prejudice as to their proposed modification of the Scheduling Order (Doc. 28.) The parties are ordered as follows:

1. This action is hereby referred to the VRDP;
2. The Parties must complete the VDRP session by January 31, 2025;
3. The Neutral must file the confirmation of the completion of the VDRP process by February 7, 2025; and
4. Any renewed stipulation seeking modification of the Scheduling Order (Doc. 14) shall allow for at least 16 weeks between the hearing on dispositive motions and the pretrial conference; at least 8 weeks between the pretrial conference and trial; and no more than 90 days before trial to schedule a settlement conference with the undersigned.

IT IS SO ORDERED.

Dated:   **November 22, 2024**         /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE