UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ELIAS FLORES, ALICE FLORES, and CYNTHIA FLORES, | Case No. 1:24-cv-00073-KES-SKO |
| Plaintiffs, | **ORDER MODIFYING SCHEDULING ORDER** |
| vs. | (Doc. 30) |
| MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC., and NASH ROCK SOLID, LLC, | |
| Defendants. | |

In light of the "Stipulation to Modification of Scheduling Order" (Doc. 30), and for good cause shown (*see* Doc. 28), the Scheduling Order (Doc. 14) is hereby MODIFIED as follows[1]:

**Discovery Deadlines:**
    Non-Expert Discovery: April 18, 2025
    Expert Disclosures: February 7, 2025
    Rebuttal Expert Disclosures: February 22, 2025
    Expert Discovery: April 18, 2025

**Non-Dispositive Motion Deadlines:**
    Filing: April 21, 2025
    Hearing: June 4, 2025

**Dispositive Motion Deadlines:**
    Filing: June 9, 2025
    Hearing: July 16, 2025

---

[1] Certain of the parties' proposed dates were modified to comport with the Court's calendar.

**Deadline to Provide Proposed Settlement Conference Dates:**
October 15, 2025

**Pre-Trial Conference**:
　　November 10, 2025 at 1:30 p.m.

**Trial**: January 13, 2026 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 3, 2024**　　　　　　　　   /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING SCHEDULNG ORDER